FILED

12/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## CASE NO. DA 21–0321

------------------------------------------------------------------------------------------------

DON DANIELS, as conservator of the Estate of SARAH DANIELS
Plaintiff / Appellee

v.

GALLATIN COUNTY, RICK BLACKWOOD, and JOHN DOES I-V
Defendants / Appellants
ATLANTIC SPECIALTY INSURANCE COMPANY
Defendant/Appellant

------------------------------------------------------------------------------------------------

On Appeal from the Montana Eighteenth Judicial District
Gallatin County Cause No. DV-18-17B
Honorable Judge Rienne H. McElyea

## ORDER WITHDRAWING CONSIDERATION OF MOTION TO STRIKE
------------------------------------------------------------------------------------------------

Upon Daniels' unopposed motion, and for good cause showing,

IT IS HEREBY ORDERED that Daniels' Motion to Withdraw

Consideration of Daniels' Motion to Strike (Doc. 22) is GRANTED.

DATED this ___ day of December, 2021.

By: _____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 3 2021